| No | IP | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 71.52.145.198 | 2016-09-28 00:22:31 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | CenturyLink | North Carolina | Holly Springs | Wake |
| 2 | 67.238.132.38 | 2016-09-28 00:28:51 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | CenturyLink | North Carolina | Fayetteville | Cumberland |
| 3 | 76.3.92.179 | 2016-09-28 01:22:55 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | CenturyLink | North Carolina | Rolesville | Wake |
| 4 | 71.49.48.252 | 2016-09-28 02:07:48 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | CenturyLink | North Carolina | Fayetteville | Cumberland |
| 5 | 71.53.126.242 | 2016-09-28 02:49:26 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | CenturyLink | North Carolina | Franklinton | Franklin |
| 6 | 71.53.109.169 | 2016-09-28 07:05:29 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | CenturyLink | North Carolina | Youngsville | Franklin |
| 7 | 71.48.23.57 | 2016-09-28 08:11:57 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | CenturyLink | North Carolina | Holly Springs | Wake |
| 8 | 76.6.158.163 | 2016-09-28 09:22:25 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | CenturyLink | North Carolina | Fayetteville | Cumberland |
| 9 | 184.4.78.146 | 2016-09-28 09:37:21 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | CenturyLink | North Carolina | Snow Hill | Greene |
| 10 | 146.135.4.178 | 2016-09-28 13:48:54 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | CenturyLink | North Carolina | Wake Forest | Wake |
| 11 | 184.3.197.89 | 2016-09-28 22:28:03 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | CenturyLink | North Carolina | Bunnlevel | Harnett |
| 12 | 67.76.40.39 | 2016-09-28 22:51:15 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | CenturyLink | North Carolina | Rocky Mount | Edgecombe |

Exhibit B